IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KINNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 16-cv-02277-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO VACATE, AMEND, OR RECONSIDER ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY OR RECUSE; VACATING HEARING**<br><br>Re: Dkt. No. 19 |

      Before the Court is plaintiff's "Motion to Vacate, Motion to Amend, and/or Motion and Request for Reconsideration of the 'Order Denying Plaintiff's Motion to Disqualify or Recuse," filed June 11, 2016. Having read and considered the motion, the Court rules as follows.[1]

      By the instant motion, plaintiff seeks reconsideration of the Court's order of June 1, 2015, by which the Court denied plaintiff's motion for either disqualification or recusal of the undersigned. The instant motion is procedurally improper, as plaintiff has failed to seek, let alone obtain, leave to file a motion for reconsideration, see Civil L.R. 7-9(a), and is substantively meritless, as plaintiff has failed to identify any cognizable basis for reconsideration, see Civil L.R. 7-9(b) (setting forth grounds upon which motion for reconsideration of interlocutory order may be made).

//

---

[1] The July 22, 2016, hearing is VACATED.

1  Accordingly, plaintiff's motion is hereby DENIED.

2  **IT IS SO ORDERED.**

4  Dated: June 16, 2016

MAXINE M. CHESNEY
United States District Judge