IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KINNEY,<br>　　　　Plaintiff,<br>　　v.<br>STATE BAR OF CALIFORNIA, et al.,<br>　　　　Defendants. | Case No. 16-cv-02277-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is plaintiff's Case Management Conference Statement, filed July 21, 2016, in which plaintiff states that defendants were recently served on July 13, 2016, and requests that the Case Management Conference, presently scheduled for July 29, 2016, be continued until after defendants have answered the complaint. Also before the Court is defendant State Bar of California's Separate Case Management Statement, filed July 21, 2016, in which said defendant states that it intends to file a motion to dismiss on or before August 3, 2016, and requests that the Court not set a pretrial schedule or a trial date until resolution of its motion to dismiss.

In light of the above, as well as the current status of defendant California Supreme Court as a non-appearing party, the Case Management Conference is hereby CONTINUED to September 30, 2016, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than September 23, 2016.

**IT IS SO ORDERED.**

Dated: July 21, 2016

MAXINE M. CHESNEY
United States District Judge