IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES KINNEY,

        Plaintiff,

  v.

STATE BAR OF CALIFORNIA, et al.,

        Defendants.

                                                /

No. CV-16-02277 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The State Bar's motion to dismiss is hereby GRANTED, and the Amended complaint is hereby DISMISSED in its entirety without leave to amend.

Dated: August 30, 2016                                    Susan Y. Soong, Clerk

                                                                         *Tracy Lucero*

                                                                      By: <u>Tracy Lucero</u>
                                                                          <u>Deputy Clerk</u>